J. F. HUMPHREYS & Co.

*v.*

STATE OF ILLINOIS.

*Opinion filed March 8, 1923.*

CONTRACT—*when State liable.* The State is liable for supplies furnished for use of Illinois School for the Deaf at Jacksonville.

Edward J. Brundage, Attorney General, for State.

This is a claim for $14.21, on account of one barrel of cider vinegar sold and delivered by the claimant, November 30, 1920, to the State for the use of Illinois School for the Deaf at Jacksonville.

The Attorney General in behalf of the defendant, comes and consents to an award of $14.21 without interest.

We, therefore, award the claimant the sum of $14.21 without interest.